UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF GEORGIA

SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. CR411-123 |
| ) | |
| SHORELL BROWN ) | |

## REPORT AND RECOMMENDATION

On May 16, 2011, the Court ordered a forensic psychological examination of defendant Shorell Brown in accordance with 18 U.S.C. § 4241(a) and (b) to assist the Court in determining whether he is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense. (Doc. 19.) Additionally, the Court directed the examiners to determine whether defendant was insane at the time of the charged offense. (*Id.*) Pursuant to the Court's order, Brown was transported to the Federal Medical Center in Devens, Massachusetts, where he underwent a comprehensive psychological evaluation. His evaluators

found that he is competent to stand trial and was sane at the time of the offense. (Doc. 26.)

Both defendant and the government stipulate to the report's findings. (Doc. 32.) The Court concurs with the unrebutted findings in the forensic report that the defendant is not presently suffering from a mental disease or defect rendering him mentally incompetent to stand trial and was not insane at the time he committed the offense. It is therefore **RECOMMENDED** that defendant be found competent to stand trial pursuant to 18 U.S.C. § 4241.

**SO REPORTED AND RECOMMENDED** this 7TH day of December, 2011.

**UNITED STATES MAGISTRATE JUDGE**
**SOUTHERN DISTRICT OF GEORGIA**